Dominick Meo, Appellant, v. Jacob Bloomgarden, Respondent.— Motion

for leave to appeal to the Court of Appeals granted. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ. [See *ante*, p. 325.]